IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. GABRYS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-6099 |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | |
| Defendant. | |

**O R D E R**

**AND NOW**, this 14th day of December, 2012, upon consideration of the Motion for the Appointment of Counsel (Doc. No. 4) filed by Plaintiff, John J. Gabrys, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE